No. 77–532.  KORNIT *v.* BOARD OF EDUCATION OF PLAIN-VIEW-OLD BETHPAGE SCHOOL DISTRICT, PLAINVIEW, NEW YORK.  C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Monell* v. *Department of Social Services of City of New York,* 436 U. S. 658 (1978).

No. 77–914.  CITY OF INDEPENDENCE, MISSOURI, ET AL. *v.* OWEN.  C. A. 8th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Monell* v. *Department of Social Services of City of New York,* 436 U. S. 658 (1978).

No. 77–1289.  LUTHERAN HOSPITAL OF MILWAUKEE, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Beth Israel Hospital* v. *National Labor Relations Board,* 437 U. S. 483 (1978).

No. 77–1473.  MCARTHUR *v.* NOURSE, JUDGE.  Sup. Ct. Fla.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Greene* v. *Massey,* 437 U. S. 19 (1978), and *Burks* v. *United States,* 437 U. S. 1 (1978).

No. 77–1503.  PARKER, ACTING COMMISSIONER OF PATENTS AND TRADEMARKS *v.* BERGY ET AL.  C. C. P. A.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Parker* v. *Flook,* 437 U. S. 584 (1978).

No. 77–5996.  WILLIAMS *v.* RICKETTS, WARDEN.  Sup. Ct. Ga.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Greene* v. *Massey,* 437 U. S. 19 (1978), and *Burks* v. *United States,* 437 U. S. 1 (1978).